UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANTONIO GARCIA,

                          Petitioner,

   -against-

JOSEPH T. SMITH, Superintendent,
Shawangunk Correctional Facility,

                          Respondent.
---------------------------------------------------------------X

JUDGMENT
03-CV-6220 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 6 2005 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on November 29, 2005, dismissing petitioner's application for a writ of habeas corpus; and denying a Certificate of Appealability; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       November 30, 2005

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court